# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY C. SULLIVAN,<br><br>          Plaintiff,<br><br>vs.<br><br>LOAN ME, a corporation;<br>and DOES 1 to 10, inclusive,<br><br>          Defendant(s). | Case No.: 3:15-cv-02311-MMA-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL;**<br><br>[Doc. No. 13]<br><br>**VACATING SHOW CAUSE HEARING** |

    Having reviewed the parties' joint motion to dismiss and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** all claims of Plaintiff Emily C. Sullivan against Defendant Loan Me, with prejudice. Plaintiff and Defendant will each bear their own costs and attorneys' fees. The Court **VACATES** the Show Cause Hearing previously scheduled for December 19, 2016. The Clerk of Court is instructed to close the case.

    **IT IS SO ORDERED**.

DATE: November 16, 2016

                              HON. MICHAEL M. ANELLO
                              United States District Judge